```
                              United States Bankruptcy Court
                              Western District of New York
In re:                                                              Case No. 15-20071-PRW
Robert A. Kearns                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0209-2          User: saetta          Page 1 of 1         Date Rcvd: May 15, 2015
                              Form ID: fnldec       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2015.
db              +Robert A. Kearns,    3223 Wiedrick Road,    Walworth, NY 14568-9597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2015 at the address(es) listed below:
              Michael H. Arnold    marnold@hblaw.com,   N107@ecfcbis.com;marnold@ecf.epiqsystems.com
              William J. Neild    on behalf of Debtor Robert A. Kearns wneild@rochester.rr.com,
               cneild@rochester.rr.com;wneild@gmail.com
                                                                                         TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Robert A. Kearns  
     fdba Wolf Construction

           Debtor(s)

Case No.: 2–15–20071–PRW  
Chapter: 7

SSN: xxx–xx–6334

## FINAL DECREE

The Trustee in the above–entitled case has filed a Report of No Distribution with respect to **Robert A. Kearns** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Michael H. Arnold is discharged as Trustee of the estate(s) of the above–named debtor(s).

The case of the above–named debtor(s) is closed.

Dated: May 15, 2015          **HONORABLE PAUL R. WARREN**  
                                         United States Bankruptcy Judge

Form fnldec/Doc 15  
www.nywb.uscourts.gov

Case 2-15-20071-PRW, Doc 16, Filed 05/17/15, Entered 05/18/15 01:02:29,  
Description: Imaged Certificate of Notice, Page 2 of 2